**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00348-RBJ

CITY OF BRISTOL PENSION FUND, Derivatively on Behalf of GOLD RESOURCE CORPORATION,

        Plaintiff,

v.

WILLIAM W. REID,
JASON D. REID,
WILLIAM M. CONRAD,
ISAC BURSTEIN,
TOR FALCK,
DAVID C. REID, and
BRADLEY J. BLACKETOR,

        Defendants,

-and-

GOLD RESOURCE CORPORATION,

        Nominal Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, City of Bristol Pension Fund, hereby files this Stipulation of Voluntary Dismissal With Prejudice.

1.    Plaintiff filed this action asserting claims on behalf of Nominal Defendant Gold Resource Corporation on February 8, 2013.  A purported securities class action

was also pending before this Court, *In re Gold Resource Corp. Sec. Litig.*, Civil Action No. 1:12-cv-02832-RBJ (D. Colo.) (Jackson, J.) (the "Securities Action").

2. On March 22, 2013, this Court stayed this litigation pending a ruling on the motion to dismiss in the Securities Action. ECF No. 26.

3. On July 15, 2013, the Court dismissed the Securities Action with prejudice. *See* Securities Action, ECF Nos. 47 and 48.

4. On August 2, 2013, the Securities Action was appealed to the U.S. Court of Appeals for the Tenth Circuit. *In re: Gold Resource Corp., et al.*, No. 13-1323 (10th Cir.) (the "Securities Action Appeal").

5. On January 16, 2015, the Tenth Circuit affirmed the dismissal of the Securities Action.

6. On January 26, 2015, the parties filed a Joint Status Report, in which they agreed that by March 2, 2015, Plaintiff will either: (1) file a motion to lift the stay; (2) seek to maintain the stay; or (3) seek voluntary dismissal.

7. Counsel for Plaintiff have corresponded with plaintiff's counsel in the Securities Action Appeal, and have been informed the plaintiff in the Securities Action Appeal does not intend to pursue any further reconsideration or appeal of the decision of the Tenth Circuit.

WHEREAS, Plaintiff, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby files this Stipulation for Voluntary Dismissal With Prejudice of the above-captioned action. Plaintiff's Counsel has conferred with Counsel for all Defendants and the Nominal Defendant, and all parties agree to the dismissal

with prejudice of this lawsuit with each party to bear their own fees and costs associated with this matter.

| | |
|---|---|
| DATED: February 24, 2015 | ROBERT J. DYER III<br>JEFFREY A. BERENS<br><br>       /s/ *JEFFREY A. BERENS*       <br>         JEFFREY A. BERENS<br><br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 810<br>Denver, CO 80203<br>Tel: 303-861-1764<br>Fax: 303-395-0393<br>bob@dyerberens.com<br>jeff@dyerberens.com<br><br>JUDITH S. SCOLNICK<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174<br>Tel: 212-223-6444<br>Fax: 212-223-6334<br>jscolnick@scott-scott.com<br><br>STEPHEN J. TETI<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: (860) 537-5537<br>Fax: (860) 537-4432<br>steti@scott-scott.com<br><br>***Attorneys for Plaintiff City of Bristol Pension Fund*** |
| DATED:  February 24, 2015 | GREGORY J. KERWIN<br>ALLISON K. KOSTECKA<br><br>       /s/ *Gregory J. Kerwin*       <br>         GREGORY J. KERWIN |

                                  GIBSON, DUNN & CRUTCHER LLP
                                  1801 California Street, Suite 4200
                                  Denver, CO 80202
                                  Tel: 303-298-5739
                                  Fax: 303-313-2829
                                  gkerwin@gibsondunn.com
                                  akostecka@gibsondunn.com

***Attorneys for Defendants William W. Reid, Jason D. Reid, William C. Conrad, Isac Burstein, Tor Falck, David C. Reid, and Bradley J. Blacketor***

DATED:  February 24, 2015                 CHRIS G. BAUMGARTNER

                                  */s/ Chris G. Baumgartner*
                                  CHRIS G. BAUMGARTNER

                                  DUFFORD & BROWN, P.C.
                                  1700 Broadway, Suite 2100
                                  Denver, CO 80290-2101
                                  Tel: (303) 861-8013
                                  Email: cbaumgartner@duffordbrown.com

***Attorney for Nominal Defendant Gold Resource Corporation***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2015, I electronically filed the foregoing STIPULATION OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jeffrey A. Berens
Jeffrey A. Berens
Attorney for Plaintiff
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com
